| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:04CR00888 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Richard Cooks | DISTRICT Illinois Northern | DIVISION Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE Charles R. Norgle | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/27/2020 | TO 08/26/2025 |

**OFFENSE**

CONSPIRACY TO DISTRIBUTE NARCOTICS 21:846=ND.F NARCOTICS - SELL - DISTRIBUTE - OR DISPENSE 21:841A=ND.F

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   "Northern District of Illinois "

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the ED/WI upon that Court=s order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____3/5/21_____   _____[signature]_____
Date                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ED/WI

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____   _____
*Effective Date*            *United States District Judge*